## CHARLIE SWAIN v. STATE.

No. A-6534. Opinion Filed April 23, 1928.
(266 Pac. 510.)

W. N. Maben and J. T. Levergood, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the superior court of Pottawatomie county of the crime of illegal possession of intoxicating liquor and was sentenced to pay a fine of $400 and to imprisonment in the county jail for six months. To reverse the judgment, an appeal was taken by filing in this court March 18, 1927, a petition in error with transcript, which transcript fails to show the judgment and sentence from which the appeal was taken.

On April 21, 1928, his counsel of record filed a suggestion of the death of plaintiff in error, Charlie Swain.

Upon the record before us we are of opinion that the appeal in this case was never properly perfected.

It is therefore considered and adjudged that the appeal herein be dismissed, and the cause remanded to the lower court, where a proper order on the question of abatement of the action may be made.    Mandate forthwith.